Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID L. SHULICK, | CASE NO. 2:17-cv-00889-RFB-NJK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br>[LR 7-1] |
| vs. | |
| STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; JAMES DZURENDA, DIRECTOR, STATE OF NEVADA DEPARTMENT OF CORRECTIONS, | (First Request) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 that Plaintiff David Shulick's ("Plaintiff") response to Defendant JAMES DZURENDA's motion to dismiss Plaintiff's complaint filed on May 5, 2017, for which the opposition is currently due by May 19, 2017, will be continued to May 26, 2017.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in, including responding to another motion to dismiss and responding to a motion for summary judgment.  No previous

1

continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendants' motion to dismiss Plaintiff's complaint.

| LAW OFFICES OF MICHAEL P. BALABAN | ADAM PAUL LAXALT<br>Nevada Attorney General |
|---|---|
| /s/ Michael P. Balaban, Esq.<br>Michael P. Balaban, Esq.<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>Attorney for Plaintiff | /s/ Lori M. Story, Esq.<br>Lori M. Story<br>Senior Deputy Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br><br>Michelle Alanis<br>Deputy Attorney General<br>555 E. Washington Ave., Suite 3900<br>Las Vegas, NV 89101-1068<br>Attorneys for Defendants |
| Dated: May 16, 2017 | Dated: May 16, 2017 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: May 18, 2017