ADAM PAUL LAXALT
  Attorney General
Lori M. Story (Bar No. 6835)
  Senior Deputy Attorney General
Michelle Di Silvestro Alanis (Bar. No. 10024)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
lstory@ag.nv.gov
malanis@ag.nv.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID L. SHULICK,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; JAMES DZURENDA, DIRECTOR, STATE OF NEVADA, DEPARTMENT OF CORRECTIONS<br><br>    Defendants. | Case No. 2:17-cv-00889-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO REPLY TO OPPOSITION TO MOTION TO DISMISS AND TO RESPOND TO COMPLAINT.**<br>(First Request) |

    COMES NOW, Plaintiff, DAVID L. SHULICK, by and through his attorney, MICHAEL P. BALABAN, and Defendants, JAMES DZURENDA, DIRECTOR STATE OF NEVADA, DEPARTMENT OF CORRECTIONS and STATE OF NEVADA DEPARTMENT OF CORRECTIONS, by and through their attorneys, ADAM PAUL LAXALT, Attorney General for the State of Nevada, LORI M. STORY, Senior Deputy Attorney General, and MICHELLE DI SILVESTRO ALANIS, Deputy Attorney General, pursuant to Local Rules IA 6-1 and IA 6-2, hereby stipulate and agree to a three week extension of time for Defendant Dzurenda to reply to Plaintiff's opposition to the Motion to Dismiss the complaint (ECF No. 8), and for Defendant State of Nevada Department of Corrections to file its Answer or other response to the Complaint (ECF No. 1). Therefore, the last day for Defendants to reply to the Motion to Dismiss and to answer or otherwise respond to Plaintiff's complaint is June 26, 2017.

Good cause exists for the extension of time due counsel for Defendant recently taking over as lead counsel in this matter and other pre-existing litigation obligations. This is the first extension of time requested by the Defendant Department of Corrections to file its Response to the Complaint and for Defendant Dzurenda to file his reply brief to the Motion to Dismiss.

DATED: April 21, 2017.                                               DATED: April 21, 2017.

ADAM PAUL LAXALT
Attorney General

By: ___/s/ Lori M. Story_____                          By: ___/s/ Michael P. Balaban_____
Lori M. Story (Bar No. 6835)                                Michael P. Balaban (Bar No. 9370)
Senior Deputy Attorney General                              Law Offices of Michael P. Balaban
Michelle Di Silvestro Alanis (Bar. No. 10024)               10726 Del Rudini Street
Deputy Attorney General                                     Las Vegas, NV 89141
Attorneys for Defendants                                    702-586-2964
                                                            Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated this  2nd  day of ____June_____, 2017.

_____.
RICHARD F. BOULWARE, II
United States District Judge