# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID L. SHULICK,

        Plaintiff(s),

vs.

STATE OF NEVADA, DEPARTMENT OF CORRECTIONS, et al.,

        Defendant(s).

Case No. 2:17-cv-00889-RFB-NJK

ORDER

On June 23, 2017, the Court ordered the parties to file, no later than June 30, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time. Docket No. 19. The parties did not comply. The Court again **ORDERS** the parties to file, no later than July 10, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

    IT IS SO ORDERED.

    DATED: July 3, 2017

                                  _____
                                  NANCY J. KOPPE
                                  United States Magistrate Judge