Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID L. SHULICK,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; JAMES DZURENDA, DIRECTOR, STATE OF NEVADA DEPARTMENT OF CORRECTIONS<br><br>Defendant. | CASE NO. 2:17-cv-00889-RFB-NJK<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT STATE OF NEVADA, DEPARTMENT OF CORRECTIONS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br>[LR 7-1]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 that Plaintiff David Shulick's ("Plaintiff") response to Defendant State of Nevada, Department of Corrections' motion to dismiss Plaintiff's complaint filed on March 29, 2017, for which the opposition is currently due by July 6, 2017, will be continued to July 17, 2017.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in, including responding to

another motion to dismiss and discovery in another case.  No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendants' current motion to dismiss Plaintiff's complaint with respect to Defendant State of Nevada, Department of Corrections.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | ADAM PAUL LAXALT, Attorney General |

/s/ Michael P. Balaban, Esq.  
Michael P. Balaban, Esq.  
Law Offices of Michael P. Balaban  
10726 Del Rudini Street  
Las Vegas, NV 89141  
Attorney for Plaintiff

/s/ Lori M. Story, Esq.  
Lori M. Story (Bar No. 6835)  
Senior Deputy Attorney General  
100 N. Carson Street  
Carson City, NV  89701  
Attorney for Defendants

Dated: July 5, 2017          Dated:  July 5, 2017

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of July, 2017.