ADAM PAUL LAXALT
  Attorney General
Lori M. Story (Bar No. 6835)
  Senior Deputy Attorney General
Michelle Di Silvestro Alanis (Bar. No. 10024)
  Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave. #3900
Las Vegs, NV 89101
(702) 486-3468 (phone)
(702) 486-3773 (fax)
lstory@ag.nv.gov
malanis@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID L. SHULICK,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; JAMES DZURENDA, DIRECTOR, STATE OF NEVADA, DEPARTMENT OF CORRECTIONS<br><br>    Defendants. | Case No.  2:17-cv-00889-RFB-NJK<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff, DAVID L. SHULICK, by and through his attorney, Michael P. Balaban, Esq. and Defendants, STATE OF NEVADA, DEPARTMENT OF CORRRECTIONS and JAMES DZURENDA, DIRECTOR, STATE OF NEVADA, DEPARTMENT OF CORRECTIONS (Defendants), by and through their attorneys, Adam Paul Laxalt, Attorney General for the State of Nevada, Lori M. Story, Senior Deputy Attorney General, and Michelle Di Silvestro Alanis, Deputy Attorney General, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and

/ / /

/ / /

/ / /

1  hereby stipulate and agree to a dismissal of all claims with prejudice, each party to bear their own
2  attorney's fees and costs.

4  DATED: November ___, 2017                           DATED: November 24, 2017
5  ADAM PAUL LAXALT                                    LAW OFFFICES OF MICHAEL P. BALABAN
6  Nevada Attorney General

8  By:   /s/ Michelle Di Silvestro Alanis              By: /s/ Michael P. Balaban
9  Lori M. Story (Bar No. 6835)                        Michael P. Balaban (Bar No. 9370)
   Senior Deputy Attorney General                      10726 Del Rudini St.
10 Michelle Di Silvestro Alanis (Bar. No. 10024)       Las Vegas, NV 89141
   Deputy Attorney General                             (702) 586-2964 (phone)
11 *Attorneys for Defendants*                          (702) 586-3023 (fax)
                                                       *Attorney for Plaintiff*

### ORDER

IT IS SO ORDERED this 13th day of December, 2017.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT COURT JUDGE